UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

ANDREW GARNSEY,

                Petitioner,

   vs                                                      9:04-CV-95

DAVID MILLER,

                Respondent.

-------------------------------------

APPEARANCES:                             OF COUNSEL:

ANDRE GARNSEY
Petitioner, Pro Se
00-A-0486
Eastern Correctional Facility
P.O. Box 338
Napanoch, New York 12585

HON. ANDREW M. CUOMO              BRIDGET ERIN HOLOHAN, ESQ.
Attorney General of the                 Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
The Capitol
Albany, New York 12224

HON. DAVID N. HURD
United States District Judge

## DECISION and ORDER

Petitioner, Andrew Garnsey, brought a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 26, 2004; and filed an amended petition on April 29, 2004. By Report-Recommendation dated June 29, 2007, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the petition be denied. There have been no objections made to the Report-Recommendation.

Accordingly, it is

ORDERED that the petition for a writ of habeas corpus is DENIED and DISMISSED in its entirety.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 24, 2007
       Utica, New York.